IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

| | |
|---|---|
| BARRY S. DALLAS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 4:05cv00064 |
| v. ) | |
| ) | **ORDER** |
| JO ANNE B. BARNHART, ) | |
| Commissioner of Social Security, ) | |
| ) | By: **Jackson L. Kiser** |
| Defendant. ) | Senior United States District Judge |

On May 31, 2006, Plaintiff Barry S. Dallas ("Plaintiff") informed this Court that the issues regarding the instant case had been settled and that he wished to withdraw his civil suit. On June 1, 2006, Magistrate Judge Crigler issued a Report which recommended that Plaintiff's voluntary dismissal motion be granted and that this case be dismissed with prejudice. Accordingly, it is this day **ADJUDGED** and **ORDERED** as follows:

1. The Report and Recommendation of the Magistrate Judge Crigler filed June 1, 2006, shall be, and hereby is, **ADOPTED** in its entirety.

2. For the reasons stated in the Magistrate Judge's Report, this action shall be **DISMISSED** with prejudice.

3. The clerk is directed to strike this case from the active docket of this Court and to send certified copies of this Order to all counsel of record and to Magistrate Judge Crigler.

ENTERED this 16th day of June, 2006.

                                                            s/Jackson L. Kiser
                                                            Senior United States District Judge